## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **CONNIE CORTEZ,** | § | |
| | § | |
| *Plaintiff*, | § | **CIVIL ACTION NO. 7:21-cv-00238** |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **SOG INTERNATIONAL, LLC** | § | |
| | § | |
| *Defendant*. | § | |

### <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Plaintiff Connie Cortez hereby stipulates to full and final dismissal of her claims with prejudice against Defendant SOG International, LLC.  Defendant SOG International, LLC is not opposed to same.

Accordingly, the Parties request Plaintiff Connie Cortez' lawsuit be dismissed with prejudice.  The Parties further request that each Party be held responsible for the costs of court and attorneys' fees that they each incurred.

Respectfully submitted,

LAW OFFICES OF JOSE G. GONZALEZ
*/s/ Carlos E. Hernandez, Jr.*
Carlos E. Hernandez, Jr.
State Bar No. 00787681
carlos.hernandezjr@gmail.com
4129 N. 22nd Street, Suite 3
McAllen, Texas 78504
Telephone: (956) 731-4324
Facsimile: (956) 731-4327

**Attorney for Plaintiff**

THE MYERS LAW GROUP, LLP
*/s/ Janice S. Parker*
Janice S. Parker
State Bar No. 15488050
jparker@myerslawllp.com
Sharon S. Gilmore
State Bar No. 24045943
sgilmore@myerslawllp.com
14643 Dallas Parkway, Suite 550
Dallas, Texas 75254
Telephone: (972) 781-2400
Facsimile: (972) 781 2401

**Attorneys for Defendant**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certified that on this, the **17th** day of **December 2021**, a true and correct copy of the *Joint Stipulation of Dismissal with Prejudice* was served upon all counsel of record via Notice of Electronic Court Filing.

 */s/ Carlos E. Hernandez, Jr.*
Carlos E. Hernandez, Jr.