United States District Court
Southern District of Texas
**ENTERED**
December 27, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CONNIE CORTEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:21-cv-00238 |
| | § | |
| SOG INTERNATIONAL, LLC | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court now considers the "Joint Stipulation of Dismissal with Prejudice" filed by the parties.[1] Plaintiff stipulates to full and final dismissal of her claims with prejudice.[2] Defendant is not opposed to same.[3] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff may dismiss an action without a Court order by filing a stipulation of dismissal signed by all appearing parties. Because the stipulation is signed by all appearing parties,[4] Plaintiff has effectively dismissed the case and no further action by this Court is necessary. The final pretrial conference previously scheduled for August 22, 2022, is **CANCELLED**. The Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 27th day of December 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 10.
[2] *Id*. at 1.
[3] *Id*.
[4] *Id*.